# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL B. MACEWEN | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:18-cv-01204 RDB |
| MEDICAL PRACTICES OF ANTIETAM LLC, *et al.* | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Daniel B. MacEwen, personal representative of the Estate of Pamela S. Peitz, deceased, by his attorneys, Paul D. Bekman, Aryeh M. Rabinowitz, and Bekman, Marder, and Adkins, LLC, and Stephen G. Skinner, and the Skinner Law Firm, hereby files this Notice of Voluntary Dismissal without prejudice as to Case No. 1:18-cv-01204, under Fed. R. Civ. P. 41(a)(1)(A)(i). Case No. 1:18-CV-01390, containing common parties, and similar issues of law and fact as Case No. 1:18-cv-01204, and including the complete survival and wrongful death claims alluded to in Case No. 1:18-cv-01204, remains open.

*[signature]*

PAUL D. BEKMAN
bekman@bmalawfirm.com
ARYEH M. RABINOWITZ
rabinowitz@bmalawfirm.com
BEKMAN, MARDER & ADKINS, LLC
300 W. Pratt Street, Suite 450
Baltimore MD 21201
410-539-6633

Stephen G. Skinner
sskinner@skinnerfirm.com
SKINNER LAW FIRM
115 E. Washington Street
Charles Town, WV 25414

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___14___ day of ___June___, 2018, a copy of Plaintiff's Notice of Voluntary Dismissal without Prejudice, was filed in the Court's CM/ECF system and was served via email upon:

Larry A. Ceppos, Esq.
lceppos@adclawfirm.com
Armstrong, Donohue, Ceppos,
Vaughan & Rhoades, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850
*Attorneys for Defendants Medical Practices of*
*Antietam, LLC, and Diagnostic Imaging Services, LLC*

Frederick W. Goundry, III, Esq.
fgoundry@vglaw.com
Varner & Goundry
121 East Patrick Street
Frederick, MD 21701
*Attorneys for Defendants Associated Radiologists,*
*P.A., and Narasim S. Murthy, M.D.*

Donna P. Sturtz, Esq.
donna.sturtz@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
100 South Charles Street, Suite 1200
Baltimore, MD 21201
*Attorneys for University of Maryland Surgical*
*Associates, P.A., and Susan B. Kesmodel, M.D.*

_____
PAUL D. BEKMAN