FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUN 14  PM 5: 25

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL B. MACEWEN | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:18-cv-01204 |
| MEDICAL PRACTICES OF ANTIETAM LLC, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

************

## ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal without Prejudice, it is this __14th__ day of __June__, 2018 hereby **ORDERED** that Plaintiff's Notice is **GRANTED**. Case No. 1:18-cv-01204 is hereby dismissed without prejudice, while Case No. 1:18-CV-01390 remains open.

_____
Judge, United States District Court